CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 8 2005

JOHN F. CORCORAN, CLERK
BY: _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **BRIAN DAVID ALLEN,** | ) | **Civil Action No. 7:05-cv-00401** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **GEORGE W. NOLLEY,** | ) | **By: Hon. James C. Turk** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that this action shall be and hereby is **FILED** and **DISMISSED** without prejudice, pursuant to 28

U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff and to the defendant.

ENTER: This _28th_ day of _June_, 2005.

_James C. Turk_
Senior United States District Judge